# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH A. BROWN, et al.,<br><br>    Defendants. | Case No.: 2:22-cv-00913-MMD-NJK<br><br>**Order** |

This is an interpleader action. Pursuant to Local Rule 22-1, therefore, "the plaintiff must file a motion requesting that the court set a scheduling conference" within 30 days of when the first defendant answers or otherwise appears. Plaintiff failed to do so. *See* Docket. The Court **SETS** a telephonic scheduling conference for 2:00 p.m. on August 30, 2022, in Courtroom 3C. The parties and counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited. The Clerk's Office is **INSTRUCTED** to mail notice of this order to Defendant Azia Brown, at 3821 Marsh Sparrow Lane, North Las Vegas, Nevada 89084, and Defendant Keith A. Brown, at 11221 Apple Valley Drive, Frisco, Texas 75035.

IT IS SO ORDERED.

Dated: August 18, 2022.

                                              NANCY J. KOPPE
                                              UNITED STATES MAGISTRATE JUDGE