Nicole G. True
Nevada Bar No. 12879
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Tel:    602.262.5389
NTrue@lewisroca.com

*Attorneys for Plaintiff United of Omaha Life Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United Of Omaha Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Keith A. Brown; Azia D. Brown,<br><br>Defendants. | Case No. 2:22-cv-00913-MMD-NJK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DEPOSIT INTERPLEADED FUNDS, TO DISMISS UNITED OF OMAHA WITH PREJUDICE AND TO DISCHARGE LIABILITY, AND FOR COSTS AND ATTORNEYS' FEES** |

The Court, having reviewed the Motion to Deposit Interpleaded Funds, to Dismiss United of Omaha with Prejudice and to Discharge Liability, and for Costs and Attorneys' Fees (the "Motion"), and good cause appearing, hereby GRANTS the Motion as to United of Omaha's request to deposit the interpleaded funds and to dismiss United of Omaha with prejudice and to discharge liability, and GRANTS IN PART the Motion as to United of Omaha's request for costs and attorneys' fees. The Court orders that:

A.   United of Omaha Life Insurance Company ("United") shall deposit the Death Benefit as defined in the Motion to the registry of the Court in accordance with LR 67-1;

B.   United of Omaha is discharged from further liability regarding the Death Benefit;

C.   United of Omaha is dismissed with prejudice upon its deposit of the Death Benefit in the Court's registry; and

D.   United of Omaha may deduct its attorneys' fees and costs, in the amounts of $2,602.75 and $786.00 respectively, incurred in this matter from the Death Benefit prior to

depositing the funds in the registry of the Court.

IT IS HEREBY ORDERED.

_____
The Honorable Miranda M. Du

Dated: November 21, 2022